Jacob M. Anthony, Appellant, *v.* Warren J. Abbott, as
Executor of Juliet A. Anthony, Deceased, Respondent,
Impleaded with Another.

*Anthony* v. *Abbott*, 136 App. Div. 913, affirmed.
(Argued February 23, 1911; decided March 14, 1911.)

Appeal from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
February 1, 1910, affirming a judgment in favor of defend-
ant entered upon a dismissal of the complaint by the court at
a Trial Term in an action to recover upon a check alleged to
have been given to the plaintiff by the defendant's testator
before her death.

*O. M. Reilly, J. R. Collins* and *F. H. Collins* for appellant.

*James R. Shea* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Vann, Werner, Willard
Bartlett and Chase, JJ.　Absent: Haight, J.

---

Annie Donnelly, Appellant, *v.* Samuel Katz, Respondent.

*Donnelly* v. *Katz*, 133 App. Div. 905, affirmed.
(Submitted February 23, 1911; decided March 14, 1911.)

Appeal from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
July 13, 1909, affirming a judgment in favor of defendant
entered upon a dismissal of the complaint by the court at a
Trial Term in an action to recover for personal injuries
alleged to have been sustained by the plaintiff through the
negligence of the defendant in failing to keep the halls of his
tenement house lighted.

*James F. O'Neill* and *H. G. McDowell* for appellant.

*William A. Jones, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Haight, Vann, Werner
and Chase, JJ.　Not voting: Willard Bartlett, J.